[No. 10025-8-II. Division Two. December 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN KELLY HENDRICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-01299-4, D. Gary Steiner, J., entered June 3, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 9992-6-II. Division Two. December 21, 1987.]

MARILYN CONLEY, *Respondent,* v. BEADY P. BANKSTON, *as Executrix, Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-02689-3, Frederick W. Fleming, J. Pro Tem., entered May 22, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., Alexander, J., dissenting.

[No. 9714-1-II. Division Two. December 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KIM MICHELLE DAMERON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-01621-3, Robert H. Peterson, J., entered April 1, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.